**Electronically Filed
Supreme Court
SCWC-18-0000487
29-APR-2024
03:01 PM
Dkt. 24 ODAC**

SCWC-18-0000487

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

WALTER L. WAGNER,
Petitioner/Plaintiff-Appellant,

vs.

WORLD BOTANICAL GARDENS, INC.,
Respondent/Defendant-Appellee.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000487; CASE NO. 3CC041000232)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, and Devens, JJ., and
Circuit Judge Watanabe, in place of Recktenwald, C.J., recused,
and Circuit Judge Drewyer, in place of Ginoza, J., recused)

Petitioner/Plaintiff-Appellant Walter L. Wagner's

Application for Writ of Certiorari filed on March 27, 2024, is

rejected.

DATED:  Honolulu, Hawaiʻi, April 29, 2024.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Vladimir P. Devens

/s/ Kathleen N.A. Watanabe

/s/ Michelle L. Drewyer

